AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRANDON M. HAYNES,

        Plaintiff,

        v.

WASHINGTON STATE, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5054-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Motion to Dismiss be and the same is hereby Granted. The complaint and the claims therein be and the same are hereby dismissed without prejudice.

August 14, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer